1   GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
    790 Mission Avenue
2   San Rafael, California  94901
    Facsimile: (415) 457-1420
3   Telephone: (415) 397-0860

4   Attorneys for Defendant
    LUKAS LIGHTNING BENTON

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11  UNITED STATES OF AMERICA,        )    Case No. 3:16-MJ-70643-EDL-1
                                     )
12              Plaintiff,           )    **ORDER PURSUANT TO STIPULATION**
                                     )    **PERMITTING DEFENDANT TO TRAVEL**
13      vs.                          )    **FROM NORTHERN DISTRICT OF**
                                     )    **CALIFORNIA TO HAWAII**
14  LUKAS LIGHTNING BENTON,          )
                                     )
15              Defendant.           )
    _____ )
16

17          IT IS HEREBY ORDERED that pursuant to the request by Defendant Lukas Lightning

18  Benton herein and the below stipulation by the government, Defendant is hereby granted

19  permission to travel from his residence in Sonoma, California, to the State of Hawaii, for the

20  period March 27, 2017 through April 10, 2017, in order to visit his pregnant wife and two children

21  and celebrate their birthdays.

22  DATED: March 15 2017

                                          HON. ELIZABETH D. LAPORTE
23                                        MAGISTRATE, UNITED STATES DISTRICT COURT

24

25

26

27

28

    **ORDER AUTHORIZING**
    **DEFENDANT'S TRAVEL**                    -1-
    **3:16-MJ-70643-EDL-1**

1

## STIPULATION FOR TRAVEL

2      The parties here stipulate that Defendant Lukas Lightning Benton may travel from his

3  residence in Sonoma, California, to the State of Hawaii, for the period March 27, 2017 through

4  April 10, 2017, in order to visit his pregnant wife and two children and celebrate their birthdays.

5      Mr. Benton's assigned Pretrial Service Officer Victoria Gibson is not opposed to these

6  travel arrangements so long as Mr. Benton provides the specific details of his travel plans to her.

7  DATED:  March 2, 2017                    *Geoffrey Rotwein*
                                          GEOFFREY ROTWEIN
8                                          Attorney for Defendant
                                          LUKAS LIGHTNING BENTON
9

10  SO STIPULATED:

11  DATED:  March 2, 2017                    BRIAN STRETCH
                                          United States Attorney
12
                                          By: *Rita F. Lin*
13                                          RITA F. LIN
                                          Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER AUTHORIZING
DEFENDANT'S TRAVEL
3:16-MJ-70643-EDL-1                          -2-